IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SETH CRAWFORD | § | |
|     Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:16-cv-986-O |
| | § | |
| STATE FARM LLOYDS | § | |
|     Defendant. | § | |

## JOINT MOTION FOR STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate that this matter is voluntarily dismissed without prejudice. The parties further stipulate that costs be assessed against the party incurring same.

Respectfully submitted,

Hutchison & Stoy, PLLC
509 Pecan St., Ste. 201
Fort Worth, Texas 76102
817-820-0100
817-820-0111 (Fax)

_/s/ for w/ permission_ (SEE ATTACHED)
Christopher E. Stoy
State Bar No. 24075125
cstoy@hsjustice.com
Susan E. Hutchison
State Bar No. 10354100
hutch@hsjustice.com

**ATTORNEYS FOR PLAINTIFF**

Wright & Greenhill, P.C.
900 Congress Avenue, Suite 500
Austin, Texas 78701
512-476-4600
512-476-5382 (Fax)

_____
Richard W. South
State Bar No. 18863175
rsouth@w-g.com

**ATTORNEYS FOR DEFENDANT**

From: **Chris Stoy** cstoy@hsjustice.com
Subject: Re: Crawford v SF- stipulation of dismissal
Date: May 22, 2017 at 1:38 PM
To: Richard South rsouth@w-g.com
Cc: Lizz Washburn lwashburn@w-g.com



Richard -

I'm good with this.  You fine signing with my permission and filing?

Chris Stoy
Hutchison & Stoy, PLLC
509 Pecan St # 201
Fort Worth, Texas 76102
Office: 817-820-0100
Fax: 817-820-0111
www.warriorsforjustice.com


On May 15, 2017, at 10:18 AM, Richard South <rsouth@w-g.com> wrote:

Chris- please review. I think this is all we need. If you think otherwise, please advise. I do not believe it needs an order under the rule. As we discussed, State Farm will agree to this stipulation provided any subsequent action be filed in federal court for the Northern District of Texas assuming the jurisdictional amount is satisfied.


Richard W. South
Board Certified, Personal Injury Trial Law
Texas Board of Legal Specialization

<image001.gif>
<image002.png>
<small_orange.png>


Wright & Greenhill, P.C
900 Congress Ave. Suite 500
Austin, Texas 78701
direct: 512-708-5242 | main: 512-476-4600 | fax: 512-476-5382
rsouth@w-g.com | wrightgreenhill.com | Bio

This message is privileged and confidential. If you are not the intended recipient, please delete the communication.

<Stipulation of Dismissal.doc>